PROB 12B
(7/93)

Report Date: October 8, 2009

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 13 2009

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

| | |
|---|---|
| Name of Offender: Charles Allen Moore | Case Number: 2:09CR00144-001 |
| Name of Judicial Officer: The Honorable Lonny R. Suko, Chief U.S. District Judge | |
| Date of Original Sentence: 10/30/2007 | Type of Supervision: Supervised Release |
| Original Offense: Conspiracy, 18 U.S.C. § 371; Armed Bank Robbery, 18 U.S.C. § 2113(a)(d); Use, Carry, Brandish Firearm During Crime of Violence, 18 U.S.C. § 924(c)(1)(A)(ii) | Date Supervision Commenced: 7/22/2008 |
| Original Sentence: Prison - 57 Months; TSR - 60 Months | Date Supervision Expires: 7/21/2013 |

## PETITIONING THE COURT

To modify the special condition of supervision as follows:

2    You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

## CAUSE

The purpose of this petition is to apprise the Court of the status of the aforementioned case, in light of the Ninth Circuit Court of Appeals' finding in United States v. Stevens (9th Cir. 2005), and to request that the conditions of supervision be modified to authorize a maximum of six random drug tests per month.

Charles Moore was asked whether he would waive his right to a hearing and agree to the modifications as previously described. As indicated by the enclosed Waiver of Hearing to Modify Conditions of Supervised Release form, Mr. Moore has agreed to the proposed modifications.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  10-8-09

*Tommy Rosser*
Tommy Rosser
U.S. Probation Officer

RECEIVED
OCT 13 2009
CLERK, U.S. DISTRICT COURT
YAKIMA, WA

Prob 12B

**Re: Moore, Charles Allen**
**October 8, 2009**
**Page 2**

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

*Signature of Judicial Officer*

10/13/09

Date